## INDEX OF EXHIBITS

**Exhibit 1:** Opinion and Order

**Exhibit 2:** Judgment

**Exhibit 3:** Proposed Order Compelling Creditor's Exam

Open.03654.01119.27287831-1