# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PNC BANK, National Association,
a national banking association,

    Plaintiff,

vs.

LEGAL ADVOCACY, P.C., a Michigan
professional corporation, f/k/a
NORMAN YATOOMA & ASSOCIATES, P.C.,
and NORMAN A. YATOOMA,
jointly and severally,

    Defendants.

Case No. 2:16-cv-13258-LVP-APP
Hon. Linda V. Parker
Mag. Anthony P. Patti

## PROPOSED ORDER COMPELLING CREDITOR'S EXAMINATIONS OF LEGAL ADVOCACY AND NORMAN A. YATOOMA

This matter having come before the Court on Plaintiff PNC Bank National Association's motion to compel creditor's examination of Defendants, and the Court having reviewed the papers and finding that the motion be granted, now therefore:

**IT IS HEREBY ORDERED** that Plaintiff's motion is granted, and Defendants, Legal Advocacy and Norman A. Yatooma shall appear for creditor's examinations by Plaintiffs within 14 days.

_____
HON. LINDA V. PARKER,
UNITED STATES DISTRICT JUDGE

2